1  RYAN L. DENNETT, ESQ.
   Nevada Bar No. 5617
2  rdennett@dennettwinspear.com
   JENNIFER INSLEY MICHERI, ESQ.
3  Nevada Bar No. 10089
   Jinsley-micheri@dennettwinspear.com
4  **DENNETT WINSPEAR, LLP**
   3301 N. Buffalo Drive, Suite 195
5  Las Vegas, Nevada  89129
   Telephone:    (702) 839-1100
6  Facsimile:    (702) 839-1113
   *Attorneys for Defendant,*
7  *State Farm Mutual Automobile*
   *Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STAFFORD JOHN SAMPSON, individually,<br><br>                                Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COPANY; DOES I through X, inclusive, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                                Defendants. | Case No:  2:21-cv-01921-CDS-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between CLARK SEEGMILLER, ESQ. of the RICHARD HARRIS LAW FIRM, attorneys for Plaintiff, STAFFORD JOHN SAMPSON, and JENNIFER INSLEY MICHERI, ESQ, of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that the within

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED this __24th__ day of May, 2022.  DATED this 26 day of May, 2022.

**RICHARD HARRIS LAW FIRM**          **DENNETT WINSPEAR, LLP**

By __/s/ Clark Seegmiller__          By _____
CLARK SEEGMILLER, ESQ.               JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 3873                  Nevada Bar No. 10089
801 South Fourth Street              3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89101              Las Vegas, Nevada 89129
Telephone: 702-444-4444              Telephone: (702) 839-1100
Facsimile:  702-444-4455             Facsimile: (702) 839-1113
clark@richardharrislaw.com           **Attorneys for Defendants**
**Attorneys for Plaintiff**          **STATE FARM MUTUAL AUTOMOBILE**
**STAFFORD JOHN SAMPSON**            **INSURANCE COMPANY**

### ORDER

Good cause appearing therefore, IT IS SO ORDERED.

DATED this __26th__ day of __May__, 2022.

_____
UNITED STATES DISTRICT JUDGE

2

# Theresa Amendola

| | |
|---|---|
| From: | Theresa Amendola |
| Sent: | Tuesday, May 24, 2022 3:14 PM |
| To: | Mysty D. Langford |
| Subject: | RE: Sampson v State Farm |

Thanks Mysty - Received


Assistant to
Ryan L. Dennett, Esq.
Jennifer Insley Micheri, Esq.
Meredith L. Holmes, Esq.

Direct dial: 702-932-2625

DENNETT WINSPEAR
ATTORNEYS AT LAW

3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
702.839.1100 voice – extension 810
702.839.1113 fax

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message may be an Attorney-Client communication, or may be an Attorney Work Product, and is therefore privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to an intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you received this message in error, please notify the sender immediately by return email, delete the message and return any hard copy printouts to the address above. Thank you.

---

**From:** Mysty D. Langford <mlangford@richardharrislaw.com>
**Sent:** Tuesday, May 24, 2022 3:14 PM
**To:** Theresa Amendola <tamendola@dennettwinspear.com>
**Cc:** Jennifer Insley Micheri <jinsley-micheri@dennettwinspear.com>; Clark Seegmiller <clark@richardharrislaw.com>
**Subject:** RE: Sampson v State Farm

From Mr. Seegmiller:

You may affix my e-signature to the Stipulation and Order to Dismiss.

Mysty


RICHARD HARRIS
LAW FIRM

Direct Dial: 702-444-4367

---

**From:** Mysty D. Langford
**Sent:** Tuesday, May 24, 2022 7:05 AM
**To:** Theresa Amendola <tamendola@dennettwinspear.com>

1